IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Thomas, Clyde E

Printed: 6/17/08

Case Number: 08 B 04024
Judge: Hollis, Pamela S
Filed: 2/22/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: May 5, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Legal Helpers | Administrative | 2,300.00 | 0.00 |
| 2. | Wells Fargo Financial Illinois Inc | Secured | 0.00 | 0.00 |
| 3. | Household Financial Corporation | Secured | 0.00 | 0.00 |
| 4. | Wells Fargo Financial Illinois Inc | Secured | 12,000.00 | 0.00 |
| 5. | Household Financial Corporation | Secured | 3,500.00 | 0.00 |
| 6. | Capital One | Unsecured | 198.71 | 0.00 |
| 7. | Capital One | Unsecured | 149.84 | 0.00 |
| 8. | Capital One | Unsecured | 706.59 | 0.00 |
| 9. | Cook County Treasurer | Secured |  | No Claim Filed |
| 10. | HSBC | Unsecured |  | No Claim Filed |
| 11. | Washington Mutual Providian | Unsecured |  | No Claim Filed |
| 12. | The Bureau Inc | Unsecured |  | No Claim Filed |
| 13. | Chase | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 18,855.14 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
|  | _____ |
|  | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Thomas, Clyde E

Printed:  6/17/08

Case Number:  08 B 04024
Judge:  Hollis, Pamela S
Filed:  2/22/08

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

